SANTO LOMBARDO et al., Appellants, v MASTEC NORTH AMERICA, INC., et al., Defendants, and QUEENS NETWORK CABLE, Respondent. (And a Third-Party Action.)

Decided October 26, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the Appellate Division order appealed from, which denied reargument, does not finally determine the action within the meaning of the Constitution.